## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DALER AKMALOV,

       Petitioner,

v.                               No. 2:26-cv-00311-SMD-JHR

KRISI NOEM, PAMELA BONDI, TODD LYONS,
MARY DE ANDA-YBARRA and DORA CASTRO,

       Respondents.

### ORDER TO ANSWER AND ENJOINING THE TRANSFER
### OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Daler Akmalov's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on February 9, 2026. *See* Doc. 2. Petitioner is a citizen of Uzbekistan and has been in Immigration and Customs Enforcement's custody at the Otero County Processing Center in Chaparral, New Mexico. *Id.* ¶ 38.

Petitioner entered the United States without inspection on October 27, 2021, and has resided here since. *Id.* ¶ 4. ICE initially detained Petitioner, who was then released under 8 U.S.C. § 236. *Id.* Petitioner continued to live in the United States for over four years and obtained employment authorization from the Department of Homeland Security. *See* Doc. 2, Ex. 2 at 12. On September 3, 2025, ICE detained Petitioner at an immigration checkpoint. Doc. 2 ¶ 5. Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶ 54. Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1226. *Id.* ¶ 31.

This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of

Petitioner's Fifth Amendment rights.  *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976).  Accordingly, the Court orders Respondents to answer the Petition (Doc. 2).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than February 25, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted.  If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Daler Akmalov from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**