IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRESA NKUSULA MAKIESE,

      Petitioner,

v.                                                                                    No. 2:26-cv-00627-SMD-LF

PAMELA BONDI, KRISTI NOEM,
MARY DE ANDA-YBARRA,
DORA CASTRO, and TODD M. LYONS,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Teresa Nsukula Makiese's ("Petitioner's) Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 filed on March 2, 2026. Petitioner is a citizen of Angola and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 ¶¶ 10. This Court has jurisdiction under 28 U.S.C. § 2241.

Petitioner entered the United States on December 20, 2024, along with her husband and children, after facing political persecution in Angola. *Id.* ¶ 20. ICE detained Petitioner and then released her on her own recognizance. *Id.* Petitioner filed for asylum, but the removal proceedings were dismissed for failure to prosecute. *Id.* ¶ 22. Petitioner then affirmatively filed for asylum. *Id.* On November 13, 2025, Petitioner attended a routine immigration check-in. *Id.* ¶ 24. ICE agents detained Petitioner at that appointment. *Id.* She has now been detained at the Otero County Processing Center for approximately four months. *Id.* ¶ 10. Petitioner challenges her ongoing detention as, inter alia, a violation of the Administrative Procedure Act, 5 U.S.C. § 704, the *Accardi*

doctrine and the Fifth Amendment. *Id.* ¶¶ 37–63; *see United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954).

The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of her Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976). Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall file their answer no later than March 16, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, she must do so within three days of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Teresa Nsukula Makiese from the District of New Mexico while these proceedings remain pending, absent express written authorization from the Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**